UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES GOLDSBERRY,

    Plaintiff,

v.                                                     Case No. 6:25-cv-958-JA-DCI

DAVOL, INC., and C.R. BARD, INC.,

    Defendants.
_____

ORDER

This case is before the Court on review of the Complaint (Doc. 1-1).

Federal courts are courts of limited jurisdiction. "[B]ecause a federal court is powerless to act beyond its statutory grant of subject matter jurisdiction, a court must zealously insure that jurisdiction exists over a case, and should itself raise the question of subject matter jurisdiction at any point in the litigation where a doubt about jurisdiction arises." *Smith v. GTE Corp.*, 236 F.3d 1292, 1299 (11th Cir. 2001).

In the Complaint, Plaintiff bases subject-matter jurisdiction on diversity of citizenship under 28 U.S.C. § 1332. But Plaintiff has not sufficiently pleaded diversity of citizenship.

Although Plaintiff has adequately pleaded his own citizenship, he has not properly alleged the citizenship of either of the Defendants. Plaintiff states only

that each Defendant "is a foreign corporation, authorized by the Secretary of State to conduct business in the State of Florida." (Compl. ¶¶ 3–4). Without knowing where each Defendant is incorporated and where each Defendant has its principal place of business, the Court cannot ascertain the Defendants' citizenships or whether it has subject-matter jurisdiction over this case. *See* 28 U.S.C. § 1332(c). Alleging that a party is "a foreign corporation" is not sufficient.

Accordingly, it is **ORDERED** as follows:

1. The Complaint (Doc. 1-1) is **DISMISSED without prejudice**.

2. **No later than June 12, 2025,** Plaintiff shall file an amended complaint that identifies each Defendant's citizenship by stating where each Defendant is incorporated and has its principal place of business.

**DONE** and **ORDERED** in Orlando, Florida, on June 2⁻¹, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties